UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CHASE ASHLEY STEVENS,

                Defendant.

Case: 1:21-cr-20310
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 05-05-2021 At 09:15 AM
IN RE: SEALED MATTER (sk)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### (M.C.L 750.136b(3)(b) and (c) and 18 U.S.C. §§ 1151, 1153, and 13)
### (Child Abuse in the Second Degree)

On or about October 3, 2020, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Chase Ashley Stevens, an Indian, knowingly and intentionally committed an act that was cruel and likely to cause serious physical and mental harm to T.H., a minor child, regardless of whether harm resulted, contrary to Michigan Complied Law 750.136b(3)(b) and (c) and 18 U.S.C. §§ 1151, 1153, and 13.

## COUNT 2
## (M.C.L 750.136b(3)(b) and (c) and 18 U.S.C. §§ 1151, 1153, and 13)
### (Child Abuse in the Second Degree)

On or about April 2, 2019, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Chase Ashley Stevens, an Indian, knowingly and intentionally committed an act that was cruel and likely to cause serious physical and mental harm to K.H., a minor child, regardless of whether harm resulted, contrary to Michigan Complied Law 750.136b(3)(b) (c) and 18 U.S.C. §§ 1151, 1153, and 13.

## COUNT 3
## (M.C.L 750.136b(3)(b) and 18 U.S.C. §§ 1151, 1153, and 13)
### (Child Abuse in the Second Degree)

In or around 2015 to in or around 2017, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Chase Ashley Stevens, an Indian, knowingly and intentionally committed an act that was cruel and likely to cause serious physical and mental harm to E.H., a minor child, regardless of whether harm resulted, contrary to Michigan Complied Law 750.136b(3)(b) and 18 U.S.C. §§ 1151, 1153, and 13.

## COUNT 4
## (18 U.S.C. § 1512(b)(3))
### (Witness Tampering)

On or about October 3, 2020, in the Northern Division of the Eastern District of Michigan, Chase Ashley Stevens, knowingly intimidated, threatened, and corruptly persuaded T.H., or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer of information relating to the commission or possible commission of a Federal offense and a violation of conditions of parole, in violation of 18 U.S.C. § 1512(b)(3).

## COUNT 5
## (18 U.S.C. § 1512(b)(3))
### (Witness Tampering)

On or about April 2, 2019, in the Northern Division of the Eastern District of Michigan, Chase Ashley Stevens, knowingly intimidated, threatened, and corruptly persuaded K.H. and T.H., or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer relating to the commission or possible commission of a Federal offense and a violation of conditions of parole, in violation of 18 U.S.C. § 1512(b)(3).

| | |
|---|---|
| Dated: May 5, 2021 | THIS IS A TRUE BILL |
| | s/Grand Jury Foreperson<br>GRAND JURY FOREPERSON |
| SAIMA S. MOHSIN<br>Acting United States Attorney | |
| | s\/Roy R. Kranz |
| ANTHONY P. VANCE<br>Assistant United States Attorney<br>Chief, Branch Offices | ROY R. KRANZ<br>Assistant U.S. Attorney<br>101 First Street, Suite 200<br>Bay City, Michigan 48708-5747<br>(989) 895-5712<br>Roy.Kranz@usdoj.gov<br>(P56903) |

| | |
|---|---|
| **Companion Case information MUST be completed by AUS** | Case: 1:21-cr-20310<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 05-05-2021 At 09:15 AM<br>IN RE: SEALED MATTER (sk) |
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** |

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes     X No | AUSA's Initials: |

**Case Title:** USA v. Chase Ashley Stevens

**County where offense occurred:** Isabella

**Check One:**   X **Felony**     ☐ **Misdemeanor**     ☐ **Petty**

    X  Indictment/_____Information ---  **no** prior complaint.
    _____Indictment/_____Information ---  based upon prior complaint [Case number:]
    _____Indictment/_____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: May 5, 2021

s/Roy R. Kranz
ROY R. KRANZ
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Roy.Kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.